■ In the Matter of JADALYNN N., a Child Alleged to be Neglected. LOUIS N., Respondent; ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent. [46 NYS3d 873]—Appeal from

order, Family Court, Bronx County (Karen I. Lupuloff, J.), entered on or about October 23, 2015, which found that respondent father neglected the subject child, and directed that the child be released to nonrespondent mother, with nine months of supervision by a child protective agency, unanimously dismissed, without costs, as moot.

Application by the child-appellant's attorney to withdraw as counsel is granted (see *Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous issues which could be raised on this appeal from the dispositional order, as it has been rendered moot by the expiration of the terms of that order (*Matter of Geovany S. [Martin R.]*, 143 AD3d 578 [1st Dept 2016]; *Matter of Carl J. [Carl J., Sr.]*, 94 AD3d 473 [1st Dept 2012]). Concur—Friedman, J.P., Richter, Kapnick and Kahn, JJ.